| Attorney or Party without Attorney:<br>Yitzchak Kopel, Esq.<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>Telephone No: 646-837-7150 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.:<br>Day v Tractor Supply | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Western District of New York | | | | |
| Plaintiff: REBECCA DAY, individually and on behalf of all others similarly situated<br>Defendant: TRACTOR SUPPLY COMPANY | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:22-cv-00489-JLS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served:   TRACTOR SUPPLY COMPANY
   b. Person served:   Michelle Thomas, Authorized to Accept Service, served under F.R.C.P. Rule 4.

4. Address where the party was served:   5401 Virginia Way, Brentwood, TN 37027

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jun 29 2022 (2) at: 01:22 PM

6. *Person Who Served Papers:*
   a. Marcus Watson
   b. **FIRST LEGAL**
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7-1-22
(Date)

(Signature)



PROOF OF
SERVICE

7286085
(354809)

Doc ID: f74b12ce0144c6d6dd57ed3311d06641ba15c2b7