# Exhibit A



NEW YORK STATE OF OPPORTUNITY | Department of Labor

Andrew M. Cuomo, Governor
Roberta L. Reardon, Commissioner

September 30, 2019

Ms. Allison Renfro
Manager, HR Compliance
Tractor Supply Co.
5401 Virginia Way
Brentwood, TN  37027

Dear Ms. Renfro:

This is in response to your recent correspondence on behalf of Tractor Supply Co. to pay its manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

The New York State Department of Labor has carefully reviewed the material submitted and determined that Tractor Supply Co. has satisfied all the conditions enumerated in the statute. The firm has employed 1,000 or more persons in New York State for the three years preceding its application; has furnished sufficient proof it has met and shall continue to meet its payroll responsibilities; and has furnished other information and proof in accordance with the conditions set forth under Section 191.1a(ii).

Therefore, I hereby grant authorization for Tractor Supply Co. to pay wages to its manual workers employed in New York State on a biweekly basis.

Sincerely,

*Roberta Reardon*

Roberta Reardon

W. Averell Harriman State Office Campus
Building 12, Room 500 Albany, NY 12240
www.labor.ny.gov